UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

FELIX ESPINOZA-QUIROZ,

    Plaintiff,

v.

BRAD CAIN, Superintendent, Snake River Correctional Institution,

    Defendant(s).

Civil Case No. 2:18-cv-467-HZ

APPLICATION TO PROCEED
*IN FORMA PAUPERIS*

    I, Felix Espinoza-Quiroz, declare that I am the plaintiff in the above entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for this proceeding or give security therefore and that I am entitled to the relief sought in the complaint.

    In support of this application, I answer the following questions:

1. Are you currently incarcerated:    [X] Yes    [ ] No

    If "Yes" state the place of your incarceration: Snake River Correctional Institution

**If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?    [X] Yes    [ ] No    [ ] Self-employed

    a.    If the answer is "Yes" state:

        Employer's name: Snake River Correctional Institution

        Employer's address: Snake River Correctional Institution

    Amount of take-home pay or wages: $ 58.00 per <u>Month</u>___ *(specify pay period)*

  b. If the answer is "No," state:

    Name of last employer: NA

    Address of last employer: <u>NA</u>

    Date of last employment: April 29th 2010

    Amount of take home salary or wages: $ NA *(specify pay period)*

3. Is your spouse or significant-other employed? [ ] Yes [X] No  [ ] Self-employed  [ ] Not applicable

  If the answer is "Yes," state:

    Employer's name: NA

    Employer's address: NA

    Amount of take-home pay or wages: $ NA *(specify pay period)*

4. In the past 12 months have you received any money from any of the following sources?

  a. Business, profession or other self-employment [ ] Yes [X] No

    If "Yes," state: Amount received:  $ <u>NA</u>

         Amount expected in future: $ <u>NA</u>

  b. Rent payments, interest, or dividends  [ ] Yes [X] No

    If "Yes," state: Amount received:  $ <u>NA</u>

         Amount expected in future: $ <u>NA</u>

  c. Pensions, annuities or life insurance payments [ ] Yes [X] No

    If "Yes," state: Amount received:  $ <u>NA</u>

       Amount expected in future: $ <u>NA</u>

  d. Disability or workers compensation payments [ ] Yes [X] No

    If "Yes," state: Amount received: $ <u>NA</u>

       Amount expected in future: $ <u>NA</u>

  e. Gifts or inheritances [ ] Yes [X] No

    If "Yes," state: Amount received: $ <u>NA</u>

       Amount expected in future: $ <u>NA</u>

  f. Any other sources [ ] Yes [X] No

    If "Yes," state: Amount received: $ <u>NA</u>

       Amount expected in future: $ <u>NA</u>

5. Do you have cash or checking or savings accounts? [X] Yes Prison trust saving for release
(including prison trust accounts)?

  If "Yes," state the total amount: $ <u>1.200</u>

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? [ ] Yes [X] No

  If "Yes," describe the asset(s) and state the value of each asset listed.

  NA

7. Do you have any other assets? [ ] Yes [X] No

  If "Yes," list the asset(s) and state the value of each asset listed.

  NA

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? [X] Yes  Food and hygiene [ ] No

If "Yes," describe and provide the amount of the monthly expense.

$ 58.00 for food and hygiene

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

NA

10. Do you have any debts or financial obligations?     [ ] Yes     [ X] No

If "Yes" describe the amounts owed and to whom they are payable.

NA

**I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $400.00 for a prisoner civil rights complaint or $5.00 for a petition for writ of habeas corpus in accordance with the Prison Litigation Reform Act, P.L. 104-134 (110 Stat. 1321), Section 804(a)(to be codified at 28 U.S.C. § 1915(b)).**

I declare under penalty of perjury that the above information is true and correct.

3-16-2018　　　　　*Felix Espinoza Quiroz*
DATE　　　　　　SIGNATURE OF APPLICANT
　　　　　　　　Felix Espinoza-Quiroz

# REQUEST FOR 6-MONTH PRINTOUT
# OF
# INMATE TRUST ACCOUNT

Inmate's Name: Felix Espinoza

S.I.D.: 18447509

Housing: 3-J-04 B

I, Felix Espinoza, request a printout of my inmate trust account for the past six months (provided that I've been in ODOC custody for that period of time). This request is made in accordance with ORS 30.643

(2) Any inmate seeking waiver of deferral of fees or court costs must submit with the application for waiver or deferral a certified copy of the inmate's trust account statement for the six-month period immediately preceding the filing of the complaint, petition, notice of appeal or petition for review. The statement must by certified as correct by an official of each correctional facility in which the inmate was confined with the six-month period or by an employee of the Department of Corrections charged with the responsibility of overseeing inmate trust accounts.

This request is necessary because I am filing a Federal Habeas Corpus and Malheur County court requires this information prior to granting indigent status.

Feliz Espinoza Quiroz
(Signature)

2-25-2018
(Date)

Request for Six-Month Printout of Inmate Trust Account                    Form 35.160

WEDEKINC                     OREGON DEPARTMENT OF CORRECTIONS           OTRTASTA
                              T R U S T   A C C O U N T   S T A T E M E N T      12.1.1.0.1.0 ODOC

DOC:  0018447509     Name: ESPINOZA-QUIROZ, FELIX              DOB: 05/18/1955
LOCATION: SRCI-C3_J-3J04B

                                                         Max Date:

ACCOUNT BALANCES  Total :    1,175.38   CURRENT:  1,175.38   HOLD:       0.00

                              08/28/2017      02/28/2018

| SUB ACCOUNT | START BALANCE | END BALANCE |
|---|---|---|
| INMATE SPENDING ACCOUNT | 1,205.77 | 1,175.38 |
| RESERVE OPTICAL | 0.00 | 0.00 |

                          DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|

             TRANSACTION DESCRIPTIONS --         INMATE SPENDING  SUB-ACCOUNT
                                                      ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/28/2017 | CRS | CRS SAL ORD #7283502SRCI | ( 30.43) | 1,175.34 |
| 08/29/2017 | CSR | CSR SAL ORD #7283502 | 1.30 | 1,176.64 |
| 09/07/2017 | AWD | AWARDS 08/2017 SRCI | 62.47 | 1,239.11 |
| 09/07/2017 | DED | Deduction-CLR-11102010 D | 29.88 | 1,268.99 |
| 09/07/2017 | DED | Deduction-CLR-11102010 D | 0.12 | 1,269.11 |
| 09/07/2017 | DED | Deduction-CLR-11102010 D | ( 0.12) | 1,268.99 |
| 09/07/2017 | AWD | AWARDS 08/2017 SRCI | 0.23 | 1,269.22 |
| 09/07/2017 | DED | Deduction-CLR-11102010 D | ( 29.88) | 1,239.34 |
| 09/11/2017 | INT1 | Interest Distribution | 1.40 | 1,240.74 |
| 09/26/2017 | CRS | CRS SAL ORD #7321798SRCI | ( 30.08) | 1,210.66 |
| 10/04/2017 | INT1 | Interest Distribution | 1.43 | 1,212.09 |
| 10/05/2017 | AWD | AWARDS 09/2017 SRCI | 58.90 | 1,270.99 |
| 10/05/2017 | DED | Deduction-CLR-11102010 D | 29.45 | 1,300.44 |
| 10/05/2017 | DED | Deduction-CLR-11102010 D | ( 29.45) | 1,270.99 |
| 10/09/2017 | CRS | CRS SAL ORD #7340946SRCI | ( 33.68) | 1,237.31 |
| 10/31/2017 | 2453 | Nov. Chicken Meal SRCI | ( 7.30) | 1,230.01 |
| 11/06/2017 | CRS | CRS SAL ORD #7379038SRCI | ( 40.12) | 1,189.89 |
| 11/07/2017 | INT1 | Interest Distribution | 1.46 | 1,191.35 |
| 11/09/2017 | DED | Deduction-CLR-11102010 D | ( 30.00) | 1,161.35 |
| 11/09/2017 | AWD | AWARDS 10/2017 SRCI | 62.70 | 1,224.05 |
| 11/09/2017 | DED | Deduction-CLR-11102010 D | 30.00 | 1,254.05 |
| 11/29/2017 | CRS | CRS SAL ORD #7411824SRCI | ( 52.37) | 1,201.68 |
| 12/01/2017 | CSR | CSR SAL ORD #7411824 | 3.58 | 1,205.26 |
| 12/04/2017 | CRS | CRS SAL ORD #7417789SRCI | ( 54.50) | 1,150.76 |
| 12/07/2017 | DED | Deduction-CLR-11102010 D | 29.45 | 1,180.21 |

CERTIFIED TO BE A TRUE COPY
SIGNED _C. Wedeki_
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE  2-28-18

DOC: 0018447509    Name: ESPINOZA-QUIROZ, FELIX           DOB: 05/18/1955
LOCATION: SRCI-C3_J-3J04B

Max Date:

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/07/2017 | DED | Deduction-CLR-11102010 D | ( 29.45) | 1,150.76 |
| 12/07/2017 | AWD | AWARDS 11/2017 SRCI | 58.90 | 1,209.66 |
| 12/11/2017 | INT1 | Interest Distribution | 1.58 | 1,211.24 |
| 12/11/2017 | CRS | CRS SAL ORD #7429702SRCI | ( 25.92) | 1,185.32 |
| 12/20/2017 | CRS | CRS SAL ORD #7447104SRCI | ( 19.77) | 1,165.55 |
| 01/04/2018 | DED | Deduction-CLR-11102010 D | 30.00 | 1,195.55 |
| 01/04/2018 | DED | Deduction-CLR-11102010 D | ( 30.00) | 1,165.55 |
| 01/04/2018 | AWD | AWARDS 12/2017 SRCI | 62.70 | 1,228.25 |
| 01/08/2018 | CRS | CRS SAL ORD #7469642SRCI | ( 34.50) | 1,193.75 |
| 01/10/2018 | INT1 | Interest Distribution | 1.54 | 1,195.29 |
| 01/22/2018 | CRS | CRS SAL ORD #7483344 | ( 25.24) | 1,170.05 |
| 02/09/2018 | DED | Deduction-CLR-11102010 D D | ( 30.00) | 1,140.05 |
| 02/09/2018 | DED | Deduction-CLR-11102010 D D | 30.00 | 1,170.05 |
| 02/09/2018 | AWD | AWARDS 01/2018 SRCI | 3.82 | 1,173.87 |
| 02/09/2018 | AWD | AWARDS 01/2018 SRCI | 62.68 | 1,236.55 |
| 02/12/2018 | CRS | CRS SAL ORD #7511730 | ( 33.86) | 1,202.69 |
| 02/16/2018 | INT1 | Interest Distribution | 1.63 | 1,204.32 |
| 02/26/2018 | CRS | CRS SAL ORD #7531343 | ( 23.94) | 1,180.38 |
| 02/28/2018 | CDR | US DIST COURT | ( 5.00) | 1,175.38 |

TRANSACTION DESCRIPTIONS --        RESERVE OPTICAL SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

CERTIFIED TO BE A TRUE COPY
SIGNED [signature]
FOR OREGON DEPT OF CORRECTIONS
SNAKE RIVER CORRECTIONAL INSTITUTION
ON THIS DATE  2.28.18

## CERTIFICATE
(To be completed by the institution of incarceration.)

I certify that  Espinoza-Quiroz, Felix #18447509  (name of applicant) has the sum of $ 1175.38 on account to his/her credit at  Snake River Correctional Institution  (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 1208.93.

I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 46.55.

**I have attached a certified copy of the applicant's trust account statement showing the transactions for the past six months.**

02/28/2018                                   _C. Wedekind_
DATE                                         SIGNATURE OF AUTHORIZED OFFICER