ELLEN F. ROSENBLUM
Attorney General
NICK M. KALLSTROM  #050023
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4794
Email:  Nick.M.Kallstrom@doj.state.or.us

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FELIX ESPINOZA-QUIROZ,<br><br>        Petitioner,<br><br>    v.<br><br>BRAD CAIN,<br><br>        Respondent. | Case No.  2:18-cv-00467-HZ<br><br>MOTION TO FILE RESPONDENT'S EXHIBIT 132 UNDER SEAL |

Pursuant to Local Rule 3-7, respondent moves the Court for an order permitting respondent to file Exhibit 132 under seal.  Respondent's Exhibit 132 is a CARES Evaluation of the minor victim, which is considered confidential under state law.  ORS 418.795.  The evaluation was submitted (under seal) by the petitioner in the underlying state post-conviction proceedings, *Espinoza-Quiroz v. Mark Nooth*, Malheur County Circuit Court  Case No. 1310537P.

Page 1 -    MOTION TO FILE RESPONDENT'S EXHIBIT 132 UNDER SEAL
        NMK/kk4/8980091-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

Pursuant to Local Rule 7-1(a)(1)(C), I did not confer with petitioner, a *pro se* inmate, about this motion.

DATED December  3 , 2018.

          Respectfully submitted,

          ELLEN F. ROSENBLUM
          Attorney General

          *s/ Nick M. Kallstrom*
          NICK M. KALLSTROM #050023
          Assistant Attorney General
          Trial Attorney
          Tel (503) 947-4700
          Fax (503) 947-4794
          Nick.M.Kallstrom@doj.state.or.us
          Of Attorneys for Respondent

Page 2 -    MOTION TO FILE RESPONDENT'S EXHIBIT 132 UNDER SEAL
        NMK/kk4/8980091-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794

## CERTIFICATE OF SERVICE

I certify that on December  3 , 2018, I served the foregoing MOTION TO FILE RESPONDENT'S EXHIBIT 132 UNDER SEAL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Felix Espinoza-Quiroz<br>SID #18447509<br>Snake River Correctional Institution<br>777 Stanton Blvd.<br>Ontario, OR  97914-0595 | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br> X  **E-SERVED PURSUANT TO STANDING ORDER NO. 2017-9** |

    *s/ Nick M. Kallstrom*
NICK M. KALLSTROM #050023
Assistant Attorney General
Trial Attorneys
Tel (503) 947-4700
Fax (503) 947-4794
Nick.M.Kallstrom@doj.state.or.us
Of Attorneys for Respondent

Page 1 -   CERTIFICATE OF SERVICE
         NMK/kk4/8863868-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4794